UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MATTHEW ORSO, as Successor
Trustee to Kenneth D. Bell in his
capacity as court-appointed Receiver for
Rex Venture Group, LLC dba
ZeekRewards.com

      Plaintiff,

v.                                                                                                        Case No: 5:21-mc-21-JSM-PRL

TODD DISNER, TRUDY GILMOND,
TRUDY GILMOND, LLC, JERRY
NAPIER, DARREN MILLER,
RHONDA GATES, DAVID
SORRELLS, INNOVATION
MARKETING, LLC, AARON
ANDREWS, SHARA ANDREWS,
GLOBAL INTERNET FORMULA,
INC., T. LEMONT SILVER, KAREN
SILVER, MICHAEL VAN LEEUWEN,
DURANT BROCKETT, DAVID
KETTNER, MARY KETTNER,
P.A.W.S. CAPITAL MANAGEMENT
LLC, LORI JEAN WEBER and
ZEEKREWARDS.COM,

      Defendants.

## ORDER

      This matter is before the Court on the motions of Matthew Orso as successor trustee to Kenneth D. Bell in his capacity as court-appointed receiver for Rex Venture Group, LLC ("Plaintiff") for issuance of writs of garnishment as to JP Morgan Chase Bank, N.A. (Doc. 2) and MidFlorida Credit Union ("Garnishees.") (Doc. 3). On August 14, 2017, Plaintiff obtained a judgment in the United States District Court for the Western District of North

Carolina against each member of a Defendant class, including Defendant Norma Beckett in the amount of $16,928.31. (Doc. 1).

On September 17, 2021, Plaintiff registered the judgment with this Court. (Doc. 1). There remains due and owing $16,928.31, plus post-judgment interest. Now, Plaintiff moves for the writs of garnishment and suggests that each Garnishee may have in its possession and control certain monies or property belonging to Defendant Norma Beckett sufficient to satisfy the judgment in whole or in part. Pursuant to Fed. R. Civ. P. 69, the Court must follow state law regarding garnishment procedures. *See* Fed. R. Civ. P. 69. Chapter 77 of the Florida Statutes prescribes the procedure for issuance and enforcement of writs of garnishment.

Accordingly, upon due consideration, Plaintiff's motions for issuance of writ of garnishment (Docs. 2, 3) are **GRANTED**, and the Clerk is directed to issue the Writs of Garnishment (including the Notice and Claim of Exemption) attached to each motion. (Docs. 2-1, 3-1). Plaintiff must fully comply with all notice requirements of §77.041, Florida Statutes.

**DONE** and **ORDERED** in Ocala, Florida on November 1, 2021.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties