UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MATTHEW ORSO and**
**NATIONWIDE JUDGMENT**
**RECOVERY, INC., as Successor**
**Trustee to Kenneth D. Bell in his**
**capacity as court-appointed Receiver for**
**Rex Venture Group, LLC dba**
**ZeekRewards.com**

      Plaintiffs,

v.                                                      Case No: 5:21-mc-21-JSM-PRL

**TODD DISNER, et al.,**

      Defendants.

---

### REPORT AND RECOMMENDATION[1]

This matter is before the court on the consent motion of Plaintiff, Nationwide Judgment Recovery Inc. as assignee of Matthew Orso, as successor trustee to Kenneth D. Bell in his capacity as court-appointed receiver for Rex Venture Group, LLC, for final judgment in garnishment as to Garnishee MidFlorida Credit Union (Doc. 14).

On August 14, 2017, the United States District Court for the Western District of North Carolina entered a Final Judgment in favor of the plaintiff against each individual member of a Defendant class, including Norma Beckett, in the amount of $16,928.31 plus post-judgment interest. (Doc. 1). On September 17, 2021, the judgment was registered with this Court. (Doc.

---

[1] Within 14 days after being served with a copy of the recommended disposition, a party may file written objections to the Report and Recommendation's factual findings and legal conclusions. *See* Fed. R. Civ. P. 72(b)(3); Fed. R. Crim. P. 59(b)(2); 28 U.S.C. § 636(b)(1)(B). A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

1). Plaintiff moved for a writ of garnishment to satisfy the outstanding judgment and believed that MidFlorida Credit Union. has in its possession and control certain monies or property belonging to Ms. Beckett sufficient to satisfy the judgment.

On November 2, 2021, the writ of garnishment was issued to MidFlorida Credit Union. Garnishee filed its Answer to the writ, disclosing that at the time of service of the writ, it (MidFlorida Credit Union) was indebted to Norma Beckett in the amount of $33,365.69. (Doc. 11). Now, Plaintiff requests entry of a final judgment of garnishment against MidFlorida Credit Union in the amount of $18,135.40 and Norma Beckett has consented to such relief.

Accordingly, it is recommended that the motion for final judgment of garnishment as to MidFlorida Credit Union (Doc. 14) be GRANTED.

**DONE and ENTERED** in Ocala, Florida on January 4, 2022.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy