**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

MATTHEW ORSO and
NATIONWIDE JUDGMENT
RECOVERY, INC. , as Successor Trustee
to Kenneth D. Bell in his Capacity as
Court-Appointed Receiver for Rex Venture
Group, LLC dba ZeekRewards.com,

    Plaintiffs,

v.                                                       Case No: 5:21-mc-21-JSM-PRL

TODD DISNER, et al.,

    Defendants,

v. MIDFLORIDA CREDIT UNION,

    Garnishee.

_____

**ORDER**

    **THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Dkt. 15).   The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

    After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

    **ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 15) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The Consent Motion for Final Judgment in Garnishment as to MidFlorida Credit Union (Dkt. 14) is granted.

3. The Clerk is directed to enter a Final Judgment in Garnishment in favor of Plaintiff Nationwide Judgment Recovery, Inc. and against MidFlorida Credit Union in the amount of $18,135.40.

4. The garnished funds in the amount of $18,135.40 shall be paid directly to Plaintiff Nationwide Judgment Recovery, Inc. by check payable to: Emery Law, PLLC Trust Account and sent within seven (7) days of this Order to: Emery Law, PLLC, 5011 Gate Parkway, Building 100, Suite 100, Jacksonville, FL 32256.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of January, 2022.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record/Garnishee MidFlorida Credit Union